UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANDRA ALFARO,<br><br>　　　　Defendants. | No. 1:15-cv-01566-DAD-MJS (PC)<br><br>ORDER DISMISSING COMPLAINT AND CLOSING CASE<br><br>(Doc. No. 12) |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. (Doc. Nos. 1, 4.) On January 22, 2016, plaintiff filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). (Doc. No. 12.) That rule permits a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

　In this case, plaintiff's complaint was dismissed with leave to amend on November 12, 2015. (Doc. No. 7.) Plaintiff has not yet filed an amended complaint, service has not yet been effectuated, and there have no appearances by any defendant.

/////

/////

/////

1

Accordingly,

1. This action is dismissed without prejudice; and
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **March 28, 2016**

                                  /s/ Dale A. Drozd
                                UNITED STATES DISTRICT JUDGE