UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRANT,<br><br>    Plaintiff,<br><br>    v.<br><br>SANDRA ALFARO,<br><br>    Defendant. | Case No.  1:15-cv-01566-JLT-HBK (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COURT TO WAIVE REMAINING BALANCE OF FILING FEE<br><br>(Doc. No. 14) |

On June 12, 2023, Plaintiff filed an "emergency petition for an immediate order staying remainder of court filing fee due to disability" in this closed case.[1] (Doc. No. 14). Plaintiff, a state prisoner, was granted permission to proceed *in forma pauperis* on October 20, 2015. (Doc. No. 4). Plaintiff claims officials are taking more than 20% of funds deposited into his inmate trust account and requests the Court to waive the remaining balance due on his filing fee until he is released from prison. (*See generally* Doc. No. 14). The October 20, 2015 Order directed correctional officials to make monthly payments of 20% of the preceding month's income credited to Plaintiff's inmate trust account until the full $350.00 filing fee is paid as required by 28 U.S.C. § 1915(b)(2). (Doc. No. 4 at 2, ¶2). To the extent Plaintiff claims correctional officials are taking more than the amount ordered by the Court, he should address his concerns with correctional officials.

---

[1] On March 28, 2016, the case was closed pursuant to Plaintiff's notice of voluntary dismissal. (Doc Nos. 12, 13).

Title 28 U.S.C. § 1915(a)(1) permits a plaintiff to bring a civil action "without prepayment of fees or security thereof" if the plaintiff submits a financial affidavit that demonstrates the plaintiff's "is unable to pay such fees or give security therefor." Under the PLRA, despite being granted *in forma pauperis* status, all prisoners must pay the full amount of the fee. *Id*. 1915(b)(1). Specifically, 28 U.S.C. § 1915(b)(1) states a prisoner plaintiff proceeding IFP "shall be required to pay the full amount of the filing fee." *Id*.

According to the Court's Case Inquiry Report, Plaintiff has paid $62.22 toward the $350.00 assessed filing fee and owes a remaining balance of $287.78. Plaintiff cites no case law supporting his request and the undersigned is unaware of any binding precedent requiring this Court to waive the $287.78 balance remaining on the $350.00 statutory filing fee. Further, the Court has no means to collect the funds once Plaintiff is released from prison.

Accordingly, it is **ORDERED**:

Plaintiff's motion for Court to waive the balance of the statutory filing fee (Doc. No. 14) is DENIED.

Dated:   September 27, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE